# THE WEITZ LAW FIRM, P.A.

Bank of America Building
18305 Biscayne Blvd., Suite 214
Aventura, Florida 33160

March 4, 2022

**VIA CM/ECF**
Honorable Judge John P. Cronan
United States District Court
Southern District of New York
40 Foley Square, Courtroom 1306
New York, NY 10007-1312

     Re:  Vuppala v. 174 Grand Street Corp., d/b/a Onieal's Restaurant, et al.
        Case 1:21-cv-06559-JPC

Dear Judge Cronan:

  The Initial Pretrial Conference in this matter is currently scheduled for March 9, 2022, at 1:00 p.m., in your Honor's Courtroom. However, Counsel for Tenant/Defendant 174 Grand Street Corp., d/b/a Onieal's Restaurant, has just made his appearance in this matter. Both parties are reaching out to the Landlord/Defendant S. E. & K. CORP. to solicit their appearance in this case. In order for the appearing counsel to properly review this matter, allow the present parties adequate time to engage in discussions for possible settlement, while affording additional time for the remaining defendant to appear, a thirty (30) day adjournment of the Conference is hereby respectfully requested by the parties.

  The undersigned has conferred with opposing counsel who has agreed to the filing of this motion.

  Thank you for your attention to this first joint adjournment request by the parties.

Respectfully,

By: /S/ B. Bradley Weitz
  B. Bradley Weitz, Esq.
  The Weitz Law Firm, P.A.
  Bank of America Building
  18305 Biscayne Blvd., Suite 214
  Aventura, Florida 33160
  Telephone: (305) 949-7777
  Facsimile: (305) 704-3877
  Email: bbw@weitzfirm.com
  Attorney for Plaintiff

By: /S/ Christopher S. Cardillo
  Christopher S. Cardillo, Esq.
  C. S. Cardillo, P.C.
  39 West 14th Street, Suite 501
  New York, NY 10011
  Telephone: (646) 398-5025
  Email: chris@ccardillo.com
  Attorney for 174 Grand Street Corp.

The request is granted; the conference previously scheduled for March 9, 2022, Dkt. 23, is adjourned until April 6, 2022 at 10:30 a.m. At the scheduled time, counsel for all parties should call (866) 434-5269, access code 9176261. No further extensions will be granted absent extraordinary circumstances.

SO ORDERED.
Date: February 28, 2022
   New York, New York

*[signature]*
JOHN P. CRONAN
United States District Judge